# Exhibit B

**SCOTT C. BEDKE**
DISTRICT 27
CASSIA & MINIDOKA COUNTIES

HOME ADDRESS
P.O. BOX 89
OAKLEY, IDAHO 83346
HOME: (208) 862-3619
EMAIL: sbedke@house.idaho.gov

STATE CAPITOL
P.O. BOX 83720
BOISE, IDAHO 83720-0038
(208) 332-1111



# House of Representatives
## State of Idaho

**SPEAKER OF THE HOUSE**

December 21, 2020

Christine Pisani, Executive Director
Idaho Council on Developmental Disabilities
700 W. State St., Ste. 119
Boise, ID  83702-5868

Dear Ms. Pisani:

Thank you for contacting me to express your concerns about the safety of visitors to the Idaho State Capitol this session.  Like you, I am committed to creating a venue where every member of the public has equal access to our legislative process.

I am sending you a number of documents outlining the safety precautions we have already implemented and those we continue to consider.  The planning for this session's precautions began last spring and will continue for as long as necessary to assure the maximum safety of our legislators, staff and visitors to the Capitol building.

Sincerely,

*Scott Bedke*

Scott Bedke
Speaker

Enclosures