Exhibit C

Exhibit C

**CHUCK WINDER**
DISTRICT 20
ADA COUNTY



HOME ADDRESS
5528 N. Ebbets Ave.
Boise, ID 83713
HOME (208) 853-9090

CAPITOL ADDRESS
P.O Box 83720
Statehouse (208) 332-1354

# Idaho State Senate
President Pro Tempore

December 22, 2020

Christine Pasani, Executive Director
Idaho Council on Developmental Disabilities
700 W. State Street, Ste. 119
Boise ID 83702

Dear Ms. Pisani:

Thank you for your letter regarding the upcoming legislative session. On behalf of the Idaho State Senate, I share your desire for a safe and productive legislative session. The Idaho Senate intends to balance the safety of our members and the public with the constitutional rights guaranteed by the Idaho and United States Constitutions.

Within your letter, you described intimidation during the special session. I am unaware of any complaints or incidences of intimidation. If you or any of your members feel that you are being intimidated, I encourage you to bring those concerns to Capitol Mall Security or the Idaho State Police Troopers stationed throughout the Capitol. It is important to note that the Idaho State Capitol is bound by Article I, § 11 of the Idaho Constitution and the 2nd Amendment to the United States Constitution. I do not agree that individuals exercising their constitutional rights to carry necessarily equates to intimidation. Having said that, intimidation has no place in our proceedings. Recognizing the subjective nature of this inquiry, I recommend that if you or your members feel intimidated, they immediately bring their concerns to the Capitol Mall Security or an Idaho State Police Trooper.

You have also raised concerns about the safety of the session during the pandemic. The Idaho Legislature has taken a significant number of steps to protect both legislative members and the public. Committee rooms will have capacity limits and socially distanced seating. Air purifiers have been installed in all committee rooms, conference rooms and office spaces, and hand sanitizer stations are available throughout the building. Moreover, overflow rooms will be provided, and all committee meetings will be streamed with closed captioning. Committee meetings will also have the ability to stream both audio and video.

December 22, 2020
Page 2

Senate committees are being equipped to take remote testimony. All committees accept written comments, which can be submitted via e-mail and included within committee materials. All legislators have publicly available e-mail addresses and telephone numbers for ease of access. Individuals will be encouraged to wear masks and to socially distance as well. I realize that this is similar to the protocols in place during the special session, which, at times, had some problems with enforcement. Senior leadership continues to assess enforcement mechanisms and will do so as issues are identified during the session.

It is important to note that you and your members can enjoy both remote and in-person access and interaction within Idaho's legislative process. Finally given the breadth and importance of the legislative issues you have discussed, I hope that you are already in contact with legislators. We hope to have a safe, efficient session to complete the people's business!

Sincerely,

*Chuck Winder*

Chuck Winder
President Pro Tem
Idaho State Senate

CW/msj