Exhibit D

**Exhibit D**



Wendy J. Olson
101 S Capitol Boulevard, Suite 1900
Boise, ID  83702
D. 208.387.4291
wendy.olson@stoel.com

Scott Bedke
Speaker of the House
sbedke@house.idaho.gov

Chuck Winder
President Pro Tempore of the Senate
cwinder@senate.idaho.gov

**VIA EMAIL ONLY**

Re:  Reasonable Accommodation Request

Dear Speaker Bedke and President Pro Tem Winder:

We write to follow up on the December 14, 2020, letter to you from  disability rights advocacy organizations and their members.  That letter requested that you and others with responsibility for conducting Idaho's 2021 legislative session implement public health and safety measures that would allow these organizations and their members to participate safely as members of the public in that legislative session.  The signatories to the letters routinely provide information and testimony on a broad number of legislative issues each session and anticipate needing to do so in 2021.

The signatories to the December 14, 2020, letter have reviewed your written responses dated December 21 (Speaker Bedke) and December 22 (President Pro Tem Winder), to the Idaho Council on Developmental Disabilities (which is not a party to this letter) and the majority of them would like the opportunity to continue this dialogue prior to the beginning of the legislative session on January 11, 2021.

More specifically, on behalf of  22 of the  disability rights advocacy organizations and individual Idahoans with disabilities, we request reasonable accommodations under the Americans with Disabilities Act (ADA) that would allow individuals with disabilities to testify and to observe legislative sessions and committee hearings safely in light of the ongoing Covid-19 pandemic.  Many of these persons with disabilities are at higher risk of severe complications should they contract Covid-19.

Accordingly, we request that the Idaho legislature take steps to implement public-health protocols that ensure that such individuals are able to provide in-person testimony and observe

Page 2

legislative sessions and committee hearings at the State Capitol building safely and in a manner that minimizes the risk of exposure to Covid-19.  In addition, we seek a reasonable accommodation that provides the option for Idahoans with disabilities to testify remotely and to observe legislative business via remote technology.  We would like to work with you to identify appropriate steps for implementing such reasonable accommodations.

As you know, state and local government entities are covered by both Title II of the ADA and Section 504 of the Rehabilitation Act of 1973.  Title II of the ADA requires public entities to ensure that no qualified individual with a disability be excluded from participating in, be denied the benefits of, or be subjected to discrimination under any of its programs, services, or activities, solely on the basis of the individual's disability.  Additionally, Title II requires that public entities make reasonable modifications to their policies, practices, and procedures where necessary to avoid discrimination, unless they can demonstrate that doing so would fundamentally alter the nature of the service, program, or activity being provided.  We believe that providing testimony at legislative committee hearings and observing legislative sessions are programs, services or activities provided by a public entity covered by Title II of the ADA.

Section 504 of the Rehabilitation Act prohibits discrimination on the basis of disability in programs that receive federal financial assistance.  Each federal agency has its own Section 504 regulations that apply to its own programs.  Agencies that provide federal financial assistance also have Section 504 regulations covering entities that receive this federal aid.  Requirements common to these regulations include program accessibility; effective communication with people who have hearing or vision disabilities; and accessible new construction and alterations.  Each agency is responsible for enforcing its own regulations.  It is our understanding that the Idaho Legislature has received federal CARES Act funds that it has used to purchase technology to facilitate remote access, which would require compliance with Section 504.

The 22 disability rights advocacy organizations and individuals with disability do not make this request for reasonable accommodation lightly, and are aware that some detail will need to go into ensuring that individuals with disabilities are able to participate fully in the legislative process, whether in person at the Capitol or via remote technology.  For example, individuals with disabilities who are at greater risk of severe complications from Covid-19 would require public-health protocols to be followed both in the committee rooms and in other public portions of the Capitol building adjacent to those rooms.  For the provision of remote technology to be an effective option, committees would need to adequately publicize the method for signing up for remote testimony, ensure the technology works properly, and guarantee that those who sign up to provide remote testimony receive equitable treatment during the hearing (e.g., a person testifying remotely should be given the same amount of speaking time as a person testifying in-person, and persons testifying remotely should not all be scheduled for the end of the hearing).

We look forward to working with you on this issue.  Please let us know by January 6, 2021, whether you will grant this request for reasonable accommodation.  I can be reached by

Page 3

email at <u>wendy.olson@stoel.com</u>, by cellular telephone at (208) 484-5279 or by voice message at (208) 387-4291.

Very truly yours,

Wendy J. Olson