Mary B. McCord*
mbm7@georgetown.edu
Amy L. Marshak*
Annie L. Owens*
Jennifer Safstrom*
Seth Wayne*
INSTITUTE FOR CONSTITUTIONAL
   ADVOCACY AND PROTECTION
Georgetown University Law Center
600 New Jersey Ave., N.W.
Washington, D.C.  20001
Tel.:  (202) 662-9042
Fax:  (202) 662-9248

* *Admission Pro Hac Vice Pending*

Wendy J. Olson, ISB No. 7634
wendy.olson@stoel.com
Elijah M. Watkins, ISB No. 8977
elijah.watkins@stoel.com
STOEL RIVES LLP
101 S Capitol Boulevard, Suite 1900
Boise, ID  83702
Telephone:  208.389.9000
Facsimile:  208.389.9040

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| AHNIAH SELENE; KASSIE HOWE; DISABILITY ACTION CENTER – NORTHWEST, INC.; DISABILITY RIGHTS IDAHO; LIVING INDEPENDENCE NETWORK CORPORATION IDAHO; LIFE, A CENTER FOR INDEPENDENT LIVING; AND INTERMOUNTAIN FAIR HOUSING COUNCIL,<br><br>PLAINTIFFS,<br><br>v.<br><br>LEGISLATURE OF THE STATE OF IDAHO, | Case No.  1:21-cv-00021-DCN<br><br>**MOTION FOR A TEMPORARY RESTRAINING ORDER OR, IN THE ALTERNATIVE, A PRELIMINARY INJUNCTION** |

SCOTT BEDKE, in his official capacity as Speaker of the House of Representatives of the State of Idaho,

CHUCK WINDER, in his official capacity as President Pro Tempore of the Idaho State Senate,

Defendants.

For the reasons stated in the accompanying memorandum, Plaintiffs respectfully move for a temporary restraining order or, in the alternative, a preliminary injunction against Defendants Idaho State Legislature, Speaker of the Idaho House of Representatives Scott Bedke, and President Pro Tempore of the Idaho Senate Chuck Winder, restraining them from implementing and enforcing a policy that denies Plaintiffs the right to participate fully and safely in the 2021 Idaho legislative session and ordering Defendants to grant a reasonable modification that ensures Plaintiffs can safely and fully participate in the Idaho legislative process.

Plaintiffs submit the following declarations in support of this Motion:

(1) Declaration of Ahniah Selene;

(2) Declaration of Kassie Howe;

(3) Declaration of Mark Leeper, Executive Director, Disability Action Center – Northwest, Inc.;

(4) Declaration of Amy Cunningham, Executive Director, DisAbility Rights Idaho;

(5) Declaration of Jeremy Maxand, Executive Director, Living Independence Network Corporation Idaho;

(6) Declaration of Heather Clarke, Deputy Director, Life, A Center for Independent Living; and

(7) Declaration of Zoe Ann Olson, Executive Director, Intermountain Fair Housing Council.

Plaintiffs request that the Court hold a hearing on Plaintiffs' Motion where oral argument may be presented. In light of the constitutional interests asserted, Plaintiffs believe that oral argument is warranted and will aid the Court's disposition of Plaintiffs' Motion.

Respectfully submitted,

DATED: January 11, 2021.

STOEL RIVES LLP

 /s/ Wendy J. Olson
Wendy J. Olson
Elijah M. Watkins

Attorneys for Plaintiffs