5/06
Form: Pro Hac Vice

IN THE UNITED STATES DISTRICT/BANKRUPTCY COURTS
FOR THE DISTRICT OF IDAHO

Ahniah Selene, et al )
) Case No. 1:21-cv-00021-DCN
)
v. ) APPLICATION FOR ADMISSION
Legislature of the State of Idaho, et al. ) PRO HAC VICE
)
)
) Fee: $250.00

Pursuant to Local Rule 83.4(e) of the United States District Court for the District of Idaho, Seth Wayne, hereby applies for admission pro hac vice to appear and participate in this case on behalf of Plaintiffs.

The applicant hereby attests as follows:

1. Applicant resides in Washington, D.C., and practices at the following address and phone number 600 New Jersey Ave,, N.W., Washington, D.C. 20001
Tel.: (202) 662-9042

2. Applicant has been admitted to practice before the following courts on the following dates:

| Courts: | Dates: |
|---|---|
| District of Columbia Court of Appeals | 8/24/18 |
| U.S. District Court for the District of Columbia | 1/7/19 |

3. Applicant is in good standing and eligible to practice in said courts.

4. Applicant is not currently suspended or disbarred in any other courts.

5. Wendy J. Olson, a member in good standing of the bar of this court, of the firm of Stoel Rives LLP, practices at the following office address and phone number:
101 S. Capitol Boulevard, Suite 1900, Boise, ID  83702
Tel.: (208) 389-9000

and is hereby designated as co-counsel with authority to act as attorney of record for all purposes.  Said designee hereby consents to this designation by signing this application.

Dated this 11th day of January, 2021.

/s/ Seth Wayne                                    /s/ Wendy J. Olson
Applicant                                              Designee

Signed under penalty of perjury.