William G. Myers III (ISB #5598)
A. Dean Bennett (ISB #7735)
HOLLAND & HART LLP
800 W. Main Street
Suite 1750
Boise, ID 83702-5974
Telephone: (208) 342-5000
Facsimile: (208) 343-8869
Emails:  wmyers@hollandhart.com
         adbennett@hollandhart.com

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| AHNIAH SELENE; KASSIE HOWE; DISABILITY ACTION CENTER – NORTHWEST, INC.; DISABILITY RIGHTS IDAHO; LIVING INDEPENDENCE NETWORK CORPORATION IDAHO; LIFE, A CENTER FOR INDEPENDENT LIVING; AND INTERMOUNTAIN FAIR HOUSING COUNCIL,<br><br>               Plaintiffs,<br>vs.<br><br>LEGISLATURE OF THE STATE OF IDAHO; SCOTT BEDKE in his official capacity as Speaker of the House of Representatives of the State of Idaho; CHUCK WINDER, in his official capacity as President Pro Tempore of the Idaho State Senate<br><br>               Defendants. | CASE NO. 1:21-cv-00021-DCN<br><br>**NOTICE OF DEFENDANTS' INTENT TO RESPOND AND OPPOSE PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER OR IN THE ALTERNATIVE, A PRELIMINARY INJUNCTION** |

Defendants The Legislature of the State of Idaho, Scott Bedke in his official capacity as Speaker of the House of Representatives of the State of Idaho; and Chuck Winder, in his capacity as President Pro Tempore of the Idaho State Senate hereby provide notice to the Court and the parties of their intention to file a response in opposition to Plaintiffs' Motion for

Temporary Restraining Order or in the Alternative, a Preliminary Injunction, on or before 12:00 p.m., MST, Thursday, January 14, 2021.

DATED this 12th day of January, 2021.

                                             HOLLAND & HART LLP

                                             By  */s/ A. Dean Bennett*
                                                  William G. Myers III, of the firm
                                                  A. Dean Bennett, of the firm
                                           Attorneys for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 12th day of January, 2021, I filed the foregoing electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Wendy J. Olson | wendy.olson@stoel.com |
| Elijah M. Watkins | elijah.watkins@stoel.com |
| Stoel Rives LLP | |
| 101 S. Capitol Blvd., #1900 | |
| Boise, ID  83702 | |

                                                */s/ A. Dean Bennett*
                                         A. Dean Bennett for HOLLAND & HART LLP

16013756_v1