UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| AHNIAH SELENE; KASSIE HOWE; DISABILITY ACTION CENTER – NORTHWEST, INC.; DISABILITY RIGHTS IDAHO; LIVING INDEPENDENCE NETWORK CORPORATION IDAHO; LIFE, A CENTER FOR INDEPENDENT LIVING; AND INTERMOUNTAIN FAIR HOUSING COUNCIL,<br><br>          Plaintiffs,<br><br>  v.<br><br>LEGISLATURE OF THE STATE OF IDAHO,<br><br>SCOTT BEDKE, in his official capacity as Speaker of the House of Representatives of the State of Idaho,<br><br>CHUCK WINDER, in his official capacity as President Pro Tempore of the Idaho State Senate,<br><br>          Defendants. | Case No. 1:21-cv-00021-DCN<br><br>**ORDER GRANTING STIPULATED MOTION TO ENTER CONSENT DECREE** |

This matter having come before this Court on the parties Stipulated Motion to Enter Consent Decree (Dkt 30) and good cause appearing therefore,

IT IS HEREBY ORDERED that the Stipulated Motion is **GRANTED** and the Consent Decree entered in the form so stipulated.

DATED: March 4, 2021

_____
David C. Nye
Chief U.S. District Court Judge

ORDER - 1