IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| AHNIAH SELENE; KASSIE HOWE; DISABILITY ACTION CENTER – NORTHWEST, INC.; DISABILITY RIGHTS IDAHO; LIVING INDEPENDENCE NETWORK CORPORATION IDAHO; LIFE, A CENTER FOR INDEPENDENT LIVING; AND INTERMOUNTAIN FAIR HOUSING COUNCIL,<br><br>                  Plaintiffs,<br>vs.<br><br>LEGISLATURE OF THE STATE OF IDAHO; SCOTT BEDKE in his official capacity as Speaker of the House of Representatives of the State of Idaho; CHUCK WINDER, in his official capacity as President Pro Tempore of the Idaho State Senate<br><br>                  Defendants. | CASE NO. 1:21-cv-00021-DCN<br><br>**TERMINATION AND DISMISSAL ORDER** |

This matter having come before this Court on the Notice filed by Defendants (Dkt. 32) and good cause appearing therefore,

IT IS HEREBY ORDERED that the Consent Decree entered by this Court's Order (Dkt. 31) is hereby TERMINATED and this case is DISMISSED WITH PREJUDICE.

DATED: December 15, 2021

_____
David C. Nye
Chief U.S. District Court Judge

TERMINATION AND DISMISSAL ORDER - 1